UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA )<br>20 Quaker Drive, Apt. 12 )<br>West Warwick, RI 02893 )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES CITIZENSHIP )<br>AND IMMIGRATION SERVICES, )<br>an agency of the United States )<br>government, )<br>20 Massachusetts Avenue, N.W. )<br>Washington, DC 20529 )<br>)<br>      Defendant. )<br>_____) | Civil Action No. 06-2158 (RCL)<br>Electronic Case Filing |

ENTRY OF APPEARANCE

    THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Marian L. Borum as counsel for the defendant in the above-captioned case.

                                              Respectfully submitted,

                                              _____/s/_____
                                              MARIAN L. BORUM, D.C. Bar #435409
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Judiciary Center Building
                                              555 4th Street, N.W. - Room E4810
                                              Washington, D.C. 20530
                                              (202) 514-6531 / (202) 514-8780 (fax)
                                              marian.l.borum@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  24th day of January, 2007, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

Michael E. Piston
Michael E. Piston, PC
4000 Livernois, Suite 110
Troy, MI 48098

                                                                /s/
                                                MARIAN L. BORUM
                                                Assistant United States Attorney