AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VENKATA MARAMJAYA
20 Quaker Drive, Apt. 12
West Warwick, RI 02893

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, an agency
of the United States government

CASE NUMBER   1:06CV02158

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/20/2006

TO: (Name and address of Defendant)

U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                  DEC 1 9 2006
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01/03/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sue Alexandrowicz | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  __Certified Mail/Return Receipt Requested__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-30-2007
Date

*Signature of Server*
Sue Alexandrowicz, Legal Assistant
Michael E. Piston, PC
4000 Livernois, Suite 110
Troy, MI 48098
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VENKATA MARAMJAYA
20 Quaker Drive, Apt. 12
West Warwick, RI  02893

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, an agency
of the United States government

CASE NUMBER   1:06CV02158

JUDGE:  Royce C. Lamberth

DECK TYPE:  Administrative Agency Rev

DATE STAMP:  12/20/2006

TO: (Name and address of Defendant)

United States Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.
Washington, D.C.  20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI  48098

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 1 9 2006
_____              _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 01/03/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Sue Alexandrowicz | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  __Certified Mail/Return Receipt Requested__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-30-2007
*Date*

*Signature of Server*
Sue Alexandrowicz, Legal Assistant
Michael E. Piston, PC
4000 Livernois, Suite 110
Troy, MI 48098
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.