UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA, ) ) Plaintiff, ) ) v. ) ) UNITED STATES CITIZENSHIP AND ) IMMIGRATION SERVICES, ) ) Defendant. ) | Civil No. 06-2158 (RCL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty days, up to and including April 4, 2007, in which to move, answer or otherwise respond to plaintiff's Complaint. Defendant's response would otherwise be due on March 5, 2007.  Defendant seeks this enlargement on the following grounds:

On July 19, 2003, plaintiff was the beneficiary on an Immigration Petition for Alien Worker ("I-140"), filed by Covansys Corporation (the "Corporation").  On May 27, 2004, the petition was denied.   The Corporation appealed the denial to the United States Citizenship and Immigration Services.  On November 22, 2005, the Administrative Appeals Office affirmed the denial and dismissed the appeal.  Plaintiff is no longer employed by the Corporation, but has filed this action claiming, *inter alia,* that the denial of the petition was arbitrary, capricious and an abuse of discretion.

Undersigned counsel requests additional time in order to obtain necessary information from agency counsel and complete the investigation of the allegations in the Complaint.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on the filing of this motion. Plaintiff's counsel consented to the motion. This is the first enlargement requested in this matter. As there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of February, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Michael E. Piston, P.C.
4000 Livernois
Suite 110
Troy, MI 48098

      /s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VENKATA MARAMJAYA,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br><br>　　　　**Defendant.** | Civil No. 06-2158 (RCL) |

## ORDER

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including April 4, 2007 in which to respond to plaintiff's Complaint.


Date _____        _____
                                                                    UNITED STATES DISTRICT JUDGE