UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VENKATA MARAMJAYA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2158 (RCL) |
| ) | |
| **UNITED STATES CITIZENSHIP** ) | |
| **AND IMMIGRATION SERVICES,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendants' Consent Motion [5] for an Enlargement of Time, there merits thereof, and for good cause shown, it is hereby

ORDERED, that defendants' Motion is GRANTED, and defendants shall have to and including April 4, 2007 in which to file their answer and/or responsive motion in the above captioned matter.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 6, 2007.