UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, )<br>)<br>Defendant. )<br>) | Civil No. 06-2158 (RCL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of sixty-one (61) days, up to and including June 4, 2007, in which to move, answer or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on April 4, 2007. Defendants seek this enlargement on the following grounds:

On July 19, 2003, plaintiff was the beneficiary on an Immigration Petition for Alien Worker ("I-140"), filed by Covansys Corporation (the "Corporation"). On May 27, 2004, the petition was denied. The Corporation appealed the denial to the United States Citizenship and Immigration Services ("USCIS"). On November 22, 2005, the Administrative Appeals Office affirmed the denial and dismissed the appeal. Plaintiff petitions this Court for review of the adverse decision on his Application for Naturalization.

By letter dated March 7, 2007, the Nebraska Service Center of USCIS informed plaintiff's counsel that the Administrative Appeals Office was reopening plaintiff's matter "for

purposes of entering a new decision." See Exhibit 1.  Plaintiff's counsel is "permitted a period of 30 days in which to submit a brief." See id.  The enlargement of time of sixty-one (61) days is sought to allow time for the submission of the brief, review of the denial of plaintiff's application, and issuance of a decision by the USCIS Administrative Appeals Office.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on the filing of this motion.  Plaintiff's counsel consented to the motion.  This is the second enlargement requested in this matter.  As there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of March, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Michael E. Piston, P.C.
4000 Livernois
Suite 110
Troy, MI 48098

      /s/
      MARIAN L. BORUM
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VENKATA MARAMJAYA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES CITIZENSHIP AND** )<br>**IMMIGRATION SERVICES,** )<br>)<br>Defendant. )<br>) | Civil No. 06-2158 (RCL) |

### ORDER

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including June 4, 2007 in which to respond to plaintiff's Complaint.


Date _____            _____
                                   UNITED STATES DISTRICT JUDGE