UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VENKATA MARAMJAYA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES CITIZENSHIP** )<br>**AND IMMIGRATION SERVICES,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2158 (RCL) |

### ORDER

Upon consideration of defendants' Consent Motion [7] for an Enlargement of Time, the merits thereof, and for good cause shown, it is hereby

ORDERED, that defendants' Motion is GRANTED, and defendant shall have to and including June 4, 2007 in which to file their answer and/or responsive motion in the above captioned matter.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 2, 2007.