UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>   Defendant. | Civil No. 06-2158 (RCL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

  Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (31) days, up to and including July 5, 2007, in which to move, answer or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on June 4, 2007.  Defendant seeks this enlargement on the following grounds:

  On July 19, 2003, plaintiff was the beneficiary on an Immigration Petition for Alien Worker ("I-140"), filed by Covansys Corporation (the "Corporation").  On May 27, 2004, the petition was denied.  The Corporation appealed the denial to the United States Citizenship and Immigration Services ("USCIS").  On November 22, 2005, the Administrative Appeals Office affirmed the denial and dismissed the appeal.  Plaintiff petitions this Court for review of the adverse decision on his Application for Naturalization.

  By letter dated March 7, 2007, the Nebraska Service Center of USCIS informed plaintiff's counsel that the Administrative Appeals Office was reopening plaintiff's matter "for

purposes of entering a new decision." See Exhibit 1. Plaintiff's counsel was "permitted a period of 30 days in which to submit a brief," see id., after which the USCIS Administrative Appeals Office will review the denial of plaintiff's application and issue a decision.

Undersigned counsel has learned that the USCIS Administrative Appeals Office has not issued its decision as of this date. This enlargement of time of thirty (30) days is sought in order to await that decision, and prepare the necessary response upon its receipt. The decision of the USCIS Administrative Appeals Office necessarily will determine the nature of defendant's response to plaintiff's Complaint.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on the filing of this motion. Plaintiff's counsel graciously consented to this motion. There are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

For these reasons, and to ensure that the government has sufficient time to prepare the an appropriate responsive pleading, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Michael E. Piston, P.C.
4000 Livernois
Suite 110
Troy, MI 48098


/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **VENKATA MARAMJAYA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-2158 (RCL) |
| v. ) | |
| ) | |
| **UNITED STATES CITIZENSHIP AND** ) | |
| **IMMIGRATION SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this \_\_\_\_ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including July 5, 2007 in which to respond to plaintiff's Complaint.


Date _____      _____
                                UNITED STATES DISTRICT JUDGE

U.S. Department of Homeland Security
20 Mass. Ave., N.W. Rm. 3000
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

COVANSYS CORPORATION
ATTN: SHANNON MCGRATH
32605 W 12 MILE ROAD RM 250
FARMINGTON HILLS MI 48334-3339

FILE: A96 161 170          Office: NEBRASKA SERVICE CENTER          Date: MAR 0 7 2007
LIN 03 204 53548

IN RE:   Petitioner: COVANSYS CORPORATION
         Beneficiary: VENKATA RAMAMOHAN RAO MARAMJAYA

PETITION: Immigrant petition for Alien Worker as a Skilled Worker or Professional pursuant to section 203(b)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1153(b)(3)

ON BEHALF OF PETITIONER:

MICHAEL E. PISTON
MICHAEL E. PISTON, P.C.
4000 LIVERNOIS, SUITE 110
TROY, MI 48098

INSTRUCTIONS:

The Director, Nebraska Service Center, denied the immigrant petition and the Administrative Appeals Office (AAO) dismissed a subsequent appeal on November 22, 2005. The AAO is reopening this matter on motion pursuant to 8 C.F.R. § 103.5(a)(5)(ii) for purposes of entering a new decision. You are permitted a period of 30 days in which to submit a brief. If you do not wish to submit a brief, you may waive this 30-day period in writing and fax the waiver to the AAO at (202) 272-1262.

Robert P. Wiemann, Chief
Administrative Appeals Office