UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 06-2158 (RCL)<br><br>CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT |

## CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including August 15, 2007, in which to move, answer or otherwise respond to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. Plaintiff's

CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1  response would otherwise be due on July 15, 2007.  Defendants

2  consent to the relief sought in this Motion.

3

4

5  An order granting the relief sought is attached hereto.

6

7  Respectfully submitted this 10th day of July, 2007.

8

9

10

11                                    s/MICHAEL E. PISTON
                                      Piston & Carpenter P.C.
12                                    4000 Livernois, Suite 110
                                      Troy, MI 48098
13                                    248-524-1936
14                                    248-680-0627 facsimile
                                      michael@piston.net
15

16

17  I HEREBY CERTIFY that on this date I electronically filed the

18  foregoing with the Clerk of the Court using the CM/ECF system,

19  which will send notification of such filing to the following CM/ECF

20

21  participants:

22

23

24  JEFFREY A. TAYLOR, United States Attorney

25  RUDOLPH CONTRERAS, Assistant United States Attorney

CONSENT MOTION FOR ENLARGEMENT OF
TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT - 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

MARIAN L. BORUM, Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

None

Dated this 10th day of July, 2007.

                                  <u>s/MICHAEL E. PISTON</u>
                                  Piston & Carpenter P.C.
                                  4000 Livernois, Suite 110
                                  Troy, MI 48098
                                  248-524-1936
                                  248-680-0627 facsimile
                                  michael@piston.net

CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT - 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VENKATA MARAMJAYA ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-2158 (RCL) |
| v. ) | |
| ) | |
| **UNITED STATES CITIZENSHIP** ) | |
| **AND IMMIGRATION SERVICES,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time for Plaintiff to Respond to Plaintiff's Motion to Dismiss or, in the Alternative for Summary Judgment, the merits thereof, and for good cause shown, it is this ___ day of _____, 2007

HEREBY ORDERED that the Motion is granted, and it is

HEREBY ORDERED that Plaintiff shall have up to and including August 15, 2007 in which to respond to Defendant's Motion to Dismiss or, in the Alternative for Summary Judgment.

Date _____          _____
                                    UNITED STATES DISTRICT JUDGE