UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VENKATA MARAMJAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-2158 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of plaintiff's Consent Motion [13] for an Enlargement of Time, the merits thereof, and for good cause shown, it is hereby

ORDERED, that plaintiff's Motion is GRANTED, and plaintiff shall have to and including August 15, 2007 in which to respond to defendant's motion to dismiss, or, in the alternative, for summary judgment.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 11, 2007.