UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, )<br>)<br>Defendant. )<br>) | Civil No. 06-2158 (RCL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including September 26, 2007, in which to reply to plaintiff's opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. Defendant's reply would otherwise be due on August 27, 2007. Defendant seeks this enlargement on the following grounds:

On July 19, 2003, plaintiff was the beneficiary on an Immigration Petition for Alien Worker ("I-140"), filed by Covansys Corporation (the "Corporation"). On May 27, 2004, the petition was denied. On June 22, 2004, the Corporation appealed the denial to the United States Citizenship and Immigration Services ("USCIS"). On November 22, 2005, the Administrative Appeals Office affirmed the denial and dismissed the appeal.

Plaintiff petitioned this Court for review of the adverse decision on his Application for Naturalization. On July 5, 2007, Defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment. On August 15, 2007, plaintiff filed an opposition. Agency counsel is in the process of gathering necessary information to complete its reply to plaintiff's opposition.

Unfortunately, due to the press of schedules, this process cannot be completed by August 27, 2007. Therefore, to ensure that the government has sufficient time to prepare an appropriate responsive pleading, defendant respectfully requests that this enlargement be granted.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on the filing of this motion. Plaintiff's counsel indicated that he would consent to this motion. As there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Michael E. Piston, P.C.
4000 Livernois
Suite 110
Troy, MI 48098

                                            /s/
                                            MARIAN L. BORUM
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VENKATA MARAMJAYA,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)  Civil No. 06-2158 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including September 26, 2007 in which to reply to plaintiff's opposition.


Date _____                    _____
                                           UNITED STATES DISTRICT JUDGE