**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VENKATA MARAMJAYA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil No. 06-2158 (RCL)** |
| **v.** ) | |
| ) | |
| **UNITED STATES CITIZENSHIP AND** ) | |
| **IMMIGRATION SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, United States Citizenship and Immigration Services, through counsel, hereby

files the attached Administrative Record, in the above-captioned matter, in CD-Rom format.  The

administrative record, in CD-Rom format, has been submitted to the Clerk's Office and served

upon opposing counsel.


                                    Respectfully submitted,


                                    /s/
                                    MARIAN L. BORUM
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    555 Fourth Street, N.W.- Civil Division
                                    Washington, D.C. 20530
                                    202-514-6531

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of August, 2007, the foregoing copy of the

Defendant's Notice of Filing of Administrative Record with attached Administrative Record has

been served upon counsel for plaintiff, by Federal Express, addressed as follows:


Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, Michigan 48098



/s/
MARIAN L. BORUM
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.- Civil Division
Washington, D.C. 20530
(202) 514-6531