UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil No. 06-2158 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, United States Citizenship and Immigration Services, through counsel, hereby files the attached Administrative Record, in the above-captioned matter, in CD-Rom format. The administrative record, in CD-Rom format, has been submitted to the Clerk's Office and served upon opposing counsel.

Respectfully submitted,

/s/
MARIAN L. BORUM
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.- Civil Division
Washington, D.C. 20530
202-514-6531

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2007, the foregoing copy of the Defendant's Notice of Filing of Administrative Record with attached Administrative Record has been served upon counsel for plaintiff, by Federal Express, addressed as follows:

Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, Michigan 48098

                                        /s/
                                      MARIAN L. BORUM
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.- Civil Division
Washington, D.C. 20530
(202) 514-6531