UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **VENKATA MARAMJAYA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES CITIZENSHIP AND** ) <br> **IMMIGRATION SERVICES,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil No. 06-2158 (RCL) |

## ORDER

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this 14th day of January, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including September 26, 2007 in which to reply to plaintiff's opposition, *nunc pro tunc*.

Date: January 14, 2008                                  _____/s/_____
                                                                      U.S. District Judge Royce C. Lamberth