UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VENKATA MARAMJAYA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-2158 (RCL) |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** | ) | |
| Defendant. | ) | |

## ORDER

Now before the court comes defendant United States Citizenship and Immigration Services' motion to dismiss [11] or, in the alternative, for summary judgment [12]. Upon consideration of the motion, plaintiff's opposition, the reply, the entire record herein, and applicable law, it is hereby, for the reasons set forth in the accompanying Memorandum Opinion,

ORDERED that summary judgment is GRANTED in favor of defendant. Summary judgment is hereby entered for defendant, dismissing this case with prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 26, 2008.