1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 06-2158 (RCL)<br><br>MOTION FOR REHEARING |

MOTION FOR REHEARING

The Plaintiff, through his attorney, moves the Court for a re-hearing pursuant to Rule 59(a)(1)(B), (b), and/or (3) because, as set forth in Plaintiff's Statement of Points of Authorities in support of this Motion, the Court's Memorandum Opinion granting Defendant's Motion for Summary Judgment is premised upon clear errors of fact and law.

MOTION FOR REHEARING - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

Wherefore it is respectfully requested that the Court vacate its Memorandum Opinion and Order of March 26, 2008 granting Summary Judgment to the Defendant.

Respectfully submitted this 3rd day of April, 2008.

s/MICHAEL E. PISTON
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098
248-524-1936
248-680-0627 facsimile
michael@piston.net

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

JEFFREY A. TAYLOR, United States Attorney

RUDOLPH CONTRERAS, Assistant United States Attorney

MOTION FOR REHEARING - 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

MARIAN L. BORUM, Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

None

Dated this 3rd day of April, 2008.

s/MICHAEL E. PISTON
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098
248-524-1936
248-680-0627 facsimile
michael@piston.net

MOTION FOR REHEARING - 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net