UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKATA MARAMJAYA,<br><br>Plaintiff,<br><br>vs.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 06-2158 (RCL) |

PLAINTIFF'S REPLY TO THE DEFENDANT'S
<u>OPPOSITION TO MOTION FOR RECONSIDERATION</u>

The defendant claims that plaintiff's instant motion does not meet the stringent standards governing relief under Federal Rule of Civil Procedure 59(e), however, the defendants own opposition cites the holding in *Consolidated Edison Co. of New York v. O'Leary*, 184 F.R.D. 1, 2  (D.D.C. 1998)  that "A motion for reconsideration . . . should not be granted unless the movant presents either newly discovered evidence *or errors of law or fact which need correction.*"

| | |
|---|---|
| Plaintiff's Reply To The Defendant's Opposition To Motion For Reconsideration | Piston & Carpenter P.C.<br>4000 Livernois<br>Ste 110<br>Troy, MI 48098<br>(248)524-1936<br>michael@piston.net |

1

(internal quotations omitted; italics added). Defendant's Opposition To Plaintiff's Motion For Reconsideration at 2. Since plaintiff's motion points out errors of both law and fact in the Court's Opinion which require correction, it meets the criteria for reconsideration set forth in the defendant's own opposition.

Nevertheless, the defendant asserts that there is no mistake of fact in this case because the Court was aware of plaintiff's assertions regarding his educational credentials. However, the Opinion held that "It is also clear that plaintiff only meets this requirement (of a Bachelor's degree or its equivalent) if his three-year diploma may be combined with other credentials such as his 'Sections A&B Examinations' documentation" (parenthetical material added), *Memorandum Opinion* at 13, and the record shows that the plaintiff in fact met the requirement of a bachelor's degree or its equivalent based upon his completion of the Sections A and B examination of the Society of Engineers (India), and not solely on the basis of three-year diploma may be combined with other credentials such as his Sections A&B Examinations documentation. *E.g.* A.R. 163.

Plaintiff's Reply To The Defendant's Opposition To Motion For Reconsideration

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

2

Nothing in the defendant's opposition explains why it is not a mistake of fact to conclude that the plaintiff only meets the requirement of the bachelor's degree requirement by combining his three-year diploma with his Sections A & B Examinations documentation, when, in fact, the record demonstrates that successful completion of the Sections A & B Examinations, standing alone, is the equivalent of a bachelors degree in engineering.

The defendant then argues that, in effect, the Opinion's mistake was immaterial because "A plain reading of the language on the ETA 750 suggests that a U.S. bachelor's degree or some other degree that was equivalent to a bachelor's degree, such as a foreign degree, was required for the job." Defendant's Opposition To Plaintiff's Motion For Reconsideration at 4.

This argument misstates the record.  The ETA 750A states that the job requires a "Bachelor of Science degree (or its equivalent)". A.R. 148. It doesn't say the job requires a "Bachelor's degree or equivalent degree". Nor is this error solely that of counsel. The misstatement that the job requires a foreign equivalent

Plaintiff's Reply To The Defendant's Opposition To Motion For Reconsideration

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

3

"degree", rather than merely the equivalent of a Bachelor's degree, was central to the Administrative Appeals Office's finding that the beneficiary did not meet the requirements of the labor certification. "The Form ETA 750 states that the proffered position requires four years of college and a bachelor's degree or equivalent. The record does not demonstrate that the beneficiary has four years of college and does not demonstrate that he has a U.S bachelor's degree or an equivalent foreign degree." A.R. 70.

The requirement that the beneficiary have a foreign degree which is the equivalent of a Bachelor's is an invention of the USCIS, and a direct contravention of the rule, often cited by the defendant, that  "It may not ignore a term of the labor certification, nor impose additional requirements. *Madany v. Smith,* 696 F.2d 1008 (D.C. Cir. 1983).  " Defendant's Opposition To Plaintiff's Motion For Reconsideration at 5. The requirement that the beneficiary hold a "degree" is imposed in addition to the requirement that he hold qualifications which are the equivalent of a Bachelor's degree and therefore is not in accordance with the law as set forth by this Circuit in *Mandany.*

Plaintiff's Reply To The Defendant's Opposition To Motion For Reconsideration

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

4

Although the Memorandum Opinion acknowledged that this decision could be reviewed to determine whether it was in accordance with the law, it did not apply this test to the facts of this matter, presumably because the Court was under a misimpression as to what those facts actually were. Now that it should be clear that the beneficiary's successful completion of the Section A & B examinations of the Society of Engineers (India) was in fact, standing alone, the equivalent of Bachelor's degree, this Court should reconsider its decision in this matter, and reverse the grant of Summary Judgment in the Defendant's favor.

Respectfully submitted this 24th day of April, 2008.

s/MICHAEL E. PISTON MI002
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098
248-524-1936
248-680-0627 facsimile
michael@piston.net

Plaintiff's Reply To The Defendant's Opposition To Motion For Reconsideration

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

5

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    JEFFREY A. TAYLOR, United States Attorney

    RUDOLPH CONTRERAS, Assistant United States Attorney

    MARIAN L. BORUM, Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

    None

Dated this 24th day of April, 2008.

    <u>s/MICHAEL E. PISTON</u> MI002
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098
248-524-1936
248-680-0627 facsimile
michael@piston.net

Plaintiff's Reply To The Defendant's Opposition To Motion For Reconsideration

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

6