UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VENKATA MARAMJAYA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-2158 (RCL) |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of plaintiff's motion [24] for rehearing on the Court's Order [23] of March 26, 2008, the opposition and reply briefs, the entire record herein, and applicable law, it is hereby

ORDERED that the motion is DENIED.[1]

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 7, 2008.

---

[1] The Court wishes to make clear that its Order granting summary judgment in favor of defendant took into account plaintiff's contention that the "Sections A&B Examinations" alone were sufficient to satisfy the requirement of a single four-year degree equivalent to a United States bachelor's degree. The Court was well-aware that a non-binding foreign credentials assessment indicated that passage of the exams was equivalent to a United States bachelor's degree. (Op. at 3–4). Yet, USCIS determined that plaintiff needed, and lacked, a single four-year degree. The Court found this determination reasonable; passing a series of examinations is not necessarily the same as attending four years of school and receiving a degree.